IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRANDON DESHAWN WILLIAMS, TDCJ #2093067, | § § § |
| Petitioner, | § § |
| v. | § § |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | §   CIVIL ACTION NO. H-20-3229 § § § § |
| Respondent. | § § |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 24th day of June, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE